Revised 02/04

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In re:

TODD HAMILTON RICHERT

                Debtor.

_____/

SANTANDER CONSUMER USA INC. dba
CHRYSLER CAPITAL AS SERVICER FOR CCAP
AUTO LEASE LTD.
              Plaintiff,

v.

TODD HAMILTON RICHERT

              Defendant.

_____/

Case No. 19-42067-MBM
Chapter 7
Hon. MARCI B. MCIVOR

Adv. No. 19-04181-MBM

**STATEMENT REGARDING CORPORATE OWNERSHIP**

☒ The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

Name: Santander Consumer USA Holdings, Inc
Address: 1601 Elm St., Suite 800, Dallas Texas 75201

Name: Santander Holdings USA, Inc
Address: 75 State Street Boston, MA 02109

Name: Banco Santander, S.A.
Address: CGS Av. Cantabria s/n 28660 Boadilla del Monte, Madrid (Spain)

(For additional names, attache an addendum to this form)

☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

The undersigned is the:
          ☒ Plaintiff
          ☐ Defendant

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/24/19

          Signature of Authorized Individual
          For Corporate Party

          Ryan Mikel
          Print Name

          Assistant Vice President Of Bankruptcy
          Title